ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2005 AUG 11 PM 2: 28

CLERK_ *B McCarthy*
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| DWIGHT GOODEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 305-076 |
| | ) | |
| MICHAEL PUGH, Warden, et al., | ) | |
| | ) | |
| Defendants. | ) | |

# ORDER

After a careful *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, pursuant to Loc. R. 41.1(b) & (c), this case is **DISMISSED** without prejudice.

SO ORDERED this 11th day of August, 2005, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE

# United States District Court
## Southern District of Georgia

ATTORNEYS SERVED:

Dwight Gooden, Pro-se

CASE NO: CV305-076

DATE SERVED: August 11, 2005

SERVED BY: Cindy Reynolds

- [ ] Copy placed in Minutes
- [x] Copy given to Judge
- [x] Copy given to Magistrate